UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ARLENE HEIN and ESTATE OF WILLIAM HEIN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, AND ALL OTHER PERSONS, UNKNOWN, CLAIMING OR WHO MIGHT CLAIM ANY RIGHT, TITLE, ESTATE, OR INTEREST IN OR LIEN OR ENCUMBRANCE UPON THE REAL PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, WHETHER THE CLAIM OR POSSIBLE CLAIM IS PRESENT OR CONTINGENT,<br><br>Respondents. | Case No. CV-14-55 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

 **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

JUDGMENT in favor of the Respondents against the Plaintiffs to the extent it argues that the statute of limitations has expired.

Dated this 26th day of September, 2017.

TYLER P. GILMAN, CLERK

By: /s/ A. Carrillo
A. Carrillo, Deputy Clerk